# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 23, 2011

142362 & (60)(62)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

_____

In re D.N. MOORE and J. MOORE, Minors.

SC: 142362
COA: 298008
Macomb CC Family Division:
2010-000200-NA

_____/

On order of the Court, the motions for leave to file brief amicus curiae are GRANTED. The application for leave to appeal the December 28, 2010 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 23, 2011

_____
Clerk

0316